# ABAXAS REAL ESTATE INC.

Serving Metropolitan New York
2952 Fenton Avenue Bronx, NY 10469
Tel.: (718) 320-2127

January 5, 2017

To whom it may concern
Attention : Joyce Murray

It is the opinion of Dermot Mitchell, broker, at Abaxas Real Estate Inc. that the property known as 3215 Bruner Avenue Bronx, NY 10469 can be listed for sale at approximately $465,000.00.

This broker price opinion is not a guarantee and must not be construed as a guarantee. A final sale point price must be determined by a licensed real estate appraiser's appraisal.

Dermot Mitchell, broker.